# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No.: | CV 19-03841-AB (SKx) | Date: | October 16, 2019 |
|---|---|---|---|

| Title: | *Luis Marquez v. ARCP UO Portfolio IV, LP., et al.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR ESQ. ARA SAHELIAN'S FAILURE TO APPEAR**

The Court sets an Order to Show Cause why sanctions should not be imposed for Esq. Ara Sahelian's failure to appear for a hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt. No. 31) held on October 11, 2019.

Mr. Sahelian shall file a declaration under penalty of perjury in no later than 7 days explaining the reason(s) for his absence. The Court will determine whether to impose sanctions of $500.00 and/or to discharge the Order to Show Cause upon review of the declaration.

**IT IS SO ORDERED.**