JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Marquez,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ARCP UO Portfolio IV, LP, a Delaware Limited Partnership; ARCP GP UO Portfolio IV, LLC, a Delaware Limited Liability Company; Rapid Gas, Inc., a California Corporation; and Does 1-10,<br><br>　　　　　Defendant. | Case No. CV 19-03841-AB (SKx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 11, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE