UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Luis Marquez**, <br> Plaintiff, <br> v. <br> **ARCP UO Portfolio IV, LP,** a Delaware Limited Partnership; **ARCP GP UO Portfolio IV, LLC,** a Delaware Limited Liability Company; **Rapid Gas, Inc.,** a California Corporation**;** and Does 1-10, <br> Defendants. | Case No. 19-CV-03841-AB (SKx) <br> **JUDGMENT** |

Pursuant to Federal Rule of Procedure 68(a), Judgment is entered in favor of Plaintiff Luis Marquez ("Plaintiff") and against Defendants ARCP UO Portfolio IV, LP, a Delaware Limited Partnership, ARCP GP UO Portfolio IV, LLC, a Delaware Limited Liability Company, and Rapid Gas, Inc., a California Corporation (collectively, "Defendants") in the amount of $10,000. This shall be the total amount paid by Defendants in relation to any liability claimed in the Action, including all costs, and attorney's fees, otherwise recoverable by Plaintiff.

Additionally, within 180 days, Defendants shall:

1. Provide a sales counter that allows disabled patrons to conduct their transactions, including the use of a credit card reader, at the property located at 2500 W. Magnolia Blvd., Burbank, California (the "Property"), in compliance the 2010 Americans with Disabilities Act ("ADA") Standards for Accessible Design.
2. Maintain the Property in compliance with applicable accessibility standards.
3. Make the Property available for inspection by Plaintiff upon 10 days written notice, served by certified mail.

Dated: March 27, 2020    By:_____

HON. ANDRÉ BIROTTE, JR.
United States District Judge